# ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2011 APR 19 PM 2: 26

CLERK _C Adams_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

VILAIRE CHARLOT,                    )
                                    )
            Plaintiff,              )
                                    )
    v.                              )        CV 310-080
                                    )
CORRECTION CORPORATION OF           )
AMERICA, et al.,                    )
                                    )
            Defendants.             )

## O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

the Court. Therefore, Plaintiff's complaint is **DISMISSED** for failure to state a claim upon

which relief may be granted, and this civil action is **CLOSED**.

SO ORDERED this 17th day of April, 2011, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE